IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALAN WILSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-05-1137-R |
| | ) |
| EDWARD L. EVANS, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered October 4, 2005. Also before the Court is Petitioner's motion for an extension of time until November 4, 2005, in which to pay the filing fee.

The Magistrate Judge recommended that unless Petitioner paid the $5.00 filing fee in full to the Court Clerk within twenty (20) days of an Order adopting her Report and Recommendation, this action will be dismissed. The Court ADOPTS the Report and Recommendation of the Magistrate Judge, which has the effect of GRANTING Petitioner's motion for an extension of time to a date beyond which he has requested. Unless Petitioner pays the $5.00 filing fee in full to the Court Clerk by November 17, 2005, this action will be dismissed without prejudice.

**IT IS SO ORDERED this 1st day of November, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE